UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:06 CR 125-13 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| MANUEL VALDEZ, JR., | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of J. Santana Hernandez-Gomez, which was referred to the Magistrate Judge with the consent of the parties.

On November 3, 2006, the government filed a one count Superseding Information against Defendant Manuel Valdez, Jr., charging him with Misprison of a Felony, as defined in Title 8, United States Code, Section 4.

On November 6, 2006, Magistrate Judge Nancy Vecchiarelli received Defendant Valdez's plea of guilty to count 1 of the Superseding Information, and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate Judge Vecchiarelli filed her R&R on November 8, 2006.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Valdez is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Valdez is adjudged guilty of Counts One in violation of Title 8 Section 4.

IT IS SO ORDERED.

                                            */s/SOLOMON OLIVER, JR.*
                                            UNITED STATES DISTRICT JUDGE